UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESVIN HAROLDO HERNANDEZ JUAREZ

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

No. 2:26-cv-00925-DAD-JDP (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE PETITION

(Doc. No. 12)

Petitioner Esvin Haroldo Hernandez Juarez is a former federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 29, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be denied. (Doc. No. 12.) Specifically, the magistrate judge found that petitioner has failed to prosecute this action by failing to update his address of record on the docket.[1] (*Id.*) The pending findings and recommendations were served on the parties and contained notice that any objections thereto

[1] The magistrate judge had previously noted that respondent had provided evidence that, on April 11, 2026, petitioner had voluntarily departed the United States. (Doc. No. 11.)

were to be filed within fourteen (14) days after service. (*Id.*) To date, no party has filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on May 27, 2026 (Doc. No. 12) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED without prejudice for failure to prosecute this action; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 13, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE